DEFT: Richard Gutierrez (J)#    CASE NO: 00-6132-CR-Ferguson ~~00-5107-Johnson~~

AUSA: Lynn Rosenthal *present*    ATTNY: Michael Cohen *present*

AGENT: ___    VIOL: ___

PROCEEDING: PTD HEARING/Inquiry re cousel/~~Prelim~~/Arraignment    BOND REC: ___

BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED: ___

BOND SET @ $500,000 Corp Surety w/ nebibia

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

FILED by ___ D.C.
MAY 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
SD. OF FLA. FT. LAUD.

No Bond hrg held — Both sides stipulate to a $500,000 Corp Surety w/ nebibia, reserving right to proceed with a PTD hrg at a later date.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 5-25-00 | 9:30am | SNOW |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 5-25-00 | 9:30am | SNOW |
| STATUS CONFERENCE: | | | |

DATE: 5-17-00    TIME: 9:00am    TAPE # 00-041 PG # 1

ends 12:15pm    1630 - 1816    /16