## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: RICHARD GUTIERREZ (J)          CASE NO: 00-6132-CR-FERGUSON
AUSA: LYNN ROSENTHAL  /pres          ATTY: MICHAEL COHEN  /pres
AGENT:                                VIOL: Nelson Rodriguez
PROCEEDING INQ RE CNSL/ARRAIGN.      RECOMMENDED BOND
BOND HEARING HELD - yes/no            COUNSEL APPOINTED
___ BOND SET @                                                       FILED by
___ SPECIAL CONDITIONS:                                              MAY 25 2000
                                                                     CLARENCE MADDOX
                                                                     CLERK U.S. DIST. CT.
                                                                     S.D. OF FLA. FT. LAUD.
1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to:

Family has not decided on Counsel as
yet

Re-set                                      Interp Required


NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:  5-30   //  LSS ✓
                         PTD/BOND HRG:
                         PRELIM/(ARRAIGN:)    5-30   //  LSS ✓
                         REMOVAL HRG:
                         STATUS CONF:

Date: 5-25-00   Time 9:30    FTL/LSS
                             TAPE #00- 026   Begin: 202   End: 355

21