COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: RICHARD GUTIERREZ (J)    CASE NO: 00-6132-CR-FERGUSON
AUSA: LYNN ROSENTHAL    ATTY: MICHAEL COHEN / NELSON RODRIGUEZ
AGENT:    VIOL:
PROCEEDING INQ RE CNSL/ARRAIGN.    RECOMMENDED BOND
BOND HEARING HELD - yes/no    COUNSEL APPOINTED
____ BOND SET @
____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Still unclear who will be counsel
re-set for next week

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:    June 5    12:55
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:    June 5    12:55
                          REMOVAL HRG:
                          STATUS CONF:

Date: 5-30-00    Time 11:    FTL/LSS TAPE #00- 627    Begin: 1032    End: 1166

23