| | | | |
|---|---|---|---|
| DEFT: | Richard Gutierrez (J)# | CASE NO: | 00-6132-CR-Ferguson |
| AUSA: | Lynn Rosenthal *present* | ATTNY: | Mike Cohen *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Inquiry re Counsel / Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no      COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House ____ Electronic Monitoring

FILED by ___ D.C.
JUN 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

*D-Dfdp sd he has hired Atty Nelson Rodriguez Varela 305-261-4400*

*Atty Joaquin Perez standing in - for Atty Nelson Rodriguez Varela 305-261-4000*

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| (PTD) BOND HEARING: | 6-12-00 | 10:00am | BSS ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 6-20-00 | 11:00am | SNOW |

DATE: 6-5-00     TIME: NOON     TAPE # 00-045     PG # 3

*Recalled later 00-045 1318-1548*
*150-406*