

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   00-6132-CR-Ferguson

UNITED STATES OF AMERICA

vs

Richard Gutierrez

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry ~
Seltzer on    June 5,         , where the Defendant was arraigned and
plea of NOT GUILTY was entered.  Defendant and ~~court-appointed~~/retain
counsel of record will be noticed for trial by the District Court Jud
assigned to this case. The following information is current as of this dat

DEFENDANT:           Address: In Custody

                     Telephone:

DEFENSE COUNSEL:     Name: Nelson Rodriguez-Varela

                     Address:

                     Telephone:

BOND SET/CONTINUED:  $ In Custody

Bond hearing held: yes____  no____  Bond hearing set for 6-12-00

Dated this   5    day of    June          , 20 00 .

CLARENCE MADDOX
COURT/ADMINISTRATOR/ CLERK
By: _____
Deputy Clerk

Tape No. 00-045

cc: Clerk for Judge
    U. S. Attorney