| | | | |
|---|---|---|---|
| DEFT: | Richard Gutierrez (J)# | CASE NO: | 00-6132-CR-Ferguson |
| AUSA: | Lynn Rosenthal *present* | ATTNY: | Nelson Rodriguez-Varela 305-261-4000 *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD HEARING | BOND REC: | |

BOND HEARING HELD - yes/(no)   COUNSEL APPOINTED: _____

___ BOND SET @ 500,000 Corp Surety w/ Nebbia

CO-SIGNATURES: _____   [FILED by D.C. JUN 1 2 2000]

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Handwritten notes:
No Bond hrg held. Both sides stip. to (30 dy) Nebbia, Reserving right to proceed w/a PTD hrg at a later date. If a PTD hrg is set — Δ & stip agree to allow agent (from Minnesota) to testify telephonically.

(Circle One) Interpreter Requested. No Interpreter. (Not) Known — [signature]
(Specify Language)

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |
| DATE: 6-12-00 | TIME: 10:00am 11:30am | TAPE # 00-048 | PG # 185-488 |

33