HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __RICHARD GUTIERREZ_____ CASE NO: __00-6132-CR-FERGUSON__

AUSA __LYNN ROSENTHAL__ / _Stuart_  ATTY __NELSON RODRIGUEZ__

*Disc out - possible plea*
*govt ready - no tape*

00-029

FILED by _____ D.C.
JUN 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __6-20-00_____ TIME __11:00_____

37