UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6132-CR-FERGUSON

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

RICHARD GUTIERREZ,  :

    Defendant.  :



FILED by ___ D.C.
JUN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**STATUS REPORT**

A status conference was held in this cause on June 20, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided and no motions are pending.

    2. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this _21st_ day of June, 2000.

                                                        LURANA S. SNOW
                                           UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Lynn Rosenthal (FTL)
Nelson Rodriguez, Esq.