**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _VT_ D.C.
JUL 10 2000

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. _00-6132-CR_   Date: _7-10-2000_
Clerk: _Valerie Thompkins_   Reporter: _Paul Haferling_
USPO: _____   Interpreter: _None_
UNITED STATES OF AMERICA vs. _Carlos Colmenares,_
_Richard Gutierrez_

AUSA: _Lynn Rosenthal_
Defendant(s) Counsel: _Joaquin Perez,_
_Nelson Rodriguez-Varela_

Defendant(s) Present___ Not Present_✓_ In Custody___
Reason for hearing: _Calendar Call_

Result of hearing: _____

Case Continued to: _7-28-00_ Time: _9:30_ (A.M.) For: _Change of Plea_

43