SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6132-CR-WDF

DEFENDANT Richard Gutierrez   JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER   DATE October 6, 2000

Court Reporter Paul Haferling   USPO S. Pratt

AUSA Jerm Lernigen   Deft's Counsel Nelson Rodney

COUNTS DISMISSED All Others

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to Appeal.

**JUDGMENT AND SENTENCE**

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | 10 | One |

Supervised Release  3 yrs  (See J&C for details)

| Probation | Years | Months | Counts |
|---|---|---|---|

Comments _____

Assessment $ 100.00      Fine $ None

Restitution /Other $ 1,600.—

**CUSTODY**

____ Remanded to the Custody of the U. S. Marshal Service    ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

51